## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.04-CV-01227-MSK-PAC

**DAVID CORTNEY BISHOP,**

    Plaintiff,

v.

**UNITED PARCEL SERVICE, CO.**, a Delaware Corporation,

    Defendant.

---

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RULE 26(A)(3) OBJECTIONS

---

Upon review of Plaintiff's August 24, 2005 Unopposed Motion for Extension of Time to File Rule 26(a)(3) objections and finding good cause, the Court GRANTS the motion and further ORDERS that the parties are granted an extension of time through September 9, 2005 in which to file Rule 26(a)(3) objections. The remainder of the motion concerns trial submission deadlines set by the District Judge over which the magistrate judge does not have jurisdiction. Accordingly, that portion of the motion is referred back to the District Judge.

    DATED: August 26, 2005.

                              s/Patricia A. Coan
                              Patricia A. Coan
                              Magistrate Judge