IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-01227-MSK-PAC

DAVID CORTNEY BISHOP,

    Plaintiff,

v.

UNITED PARCEL SERVICE, CO., a Delaware corporation,

    Defendant.

_____

## ORDER GRANTING DISMISSAL WITH PREJUDICE AND CLOSING CASE
_____

THE COURT, having reviewed the file and the parties' Stipulated Motion for Dismissal with Prejudice **(#102)**, hereby dismisses the above-caption case with prejudice, with each party to pay his or its own fees and costs.

The Clerk is instructed to close this case.

DATED this 11th day of October, 2005.

                **BY THE COURT:**

                */s/ Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge